

# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
T 212.385.9700   F 212.385.0800   WWW.PELTONGRAHAM.COM

BRENT E. PELTON, ESQ.　　　　　　　　　　　　　　　　　　　　　　MARCH 24, 2016
PELTON@PELTONGRAHAM.COM

**VIA ECF**

Honorable Steven I. Locke
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re:   *Jonathan Hall, et al. v. ProSource Technologies, LLC, et al.*
                  **Civil Action No. 2:14 Civ. 2502 (SIL)**

Dear Judge Locke:

      As you are aware, this firm represents the Plaintiffs in the above-referenced matter. We write to report that since the Hearing held by Your Honor on January 6, 2016 regarding the Plaintiffs' Motion for Final Approval of Class and Collective Settlement and Approval of Attorneys' Fees (the "Motion"), Dkt. Nos. 268-271, the parties have worked together and are close to finalizing the settlement allocation for the participating settlement members.

      We also write because our office receives multiple calls and emails each day from class and collective members who have asked us to inquire with Your Honor regarding the status of the settlement. As such, we respectfully inquire as to whether Your Honor requires any additional materials or information from the parties in order to issue an order on the Motion.

      We appreciate the Court's attention to this matter.

                                      Respectfully submitted,

                                      */s/ Brent E. Pelton*

                                      Brent E. Pelton, Esq. of
                                      PELTON GRAHAM LLC

cc:   Kristin Berger Parker (via ECF)